1  KATHLEEN M. LUCAS (SBN 80339)
   THE LUCAS LAW FIRM
2  201 California Street, Suite 350
   San Francisco, California 94111
3  Tel: (415) 402-0200
   Fax: (415) 402-0400
4
   Attorney for Defendants
5  BRIDGE THE GAP CONSULTING, INC.
   and BARBARA GALYEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PACIFIC STOCK, INC., a Hawaii Corporation, | Case No.: 5:2015-cv-04055-PSG |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| vs. | |
| BRIDGE THE GAP CONSULTING, INC., a California Corporation, BARBARA GALYEN, an individual, and DOES 1-10, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), Defendants Bride the Gap Consulting, Inc. and Barbara Galyen (hereinafter referred to collectively as "Defendants") and Plaintiff Pacific Stock, Inc. (hereinafter "Pacific Stock") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendants were hand served with the Complaint by Pacific Stock on September 14, 2015;

WHEREAS, Defendants currently have until October 5, 2015 to answer or respond to Pacific Stock's Complaint;

-1-
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

WHEREAS, Defendants have requested and Pacific Stock has consented to an additional 30 days for Defendants' answers or responses to Pacific Stock's Complaint;

WHEREAS, an additional 30 days for Defendants' answers or responses to Pacific Stock's Complaint will not alter the date of any event or any deadline already fixed by Court Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall answer or respond to Pacific Stock's Complaint by November 4, 2015.

Dated: September 29, 2015           THE LUCAS LAW FIRM

By: _____
Kathleen M. Lucas
Attorney for Defendants
BRIDGE THE GAP CONSULTING, INC. and
BARBARA GALYEN

Dated: September 28, 2015           LAW OFFICES OF ADAM I. GAFNI

By: _____
Adam I. Gafni, Esq.
Attorney for Plaintiff
PACIFIC STOCK, INC.

-2-
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT