1  KATHLEEN M. LUCAS (SBN 80339)
   THE LUCAS LAW FIRM
2  201 California Street, Suite 350
   San Francisco, California 94111
3  Tel: (415) 402-0200
   Fax: (415) 402-0400

4
   Attorney for Defendants
5  BRIDGE THE GAP CONSULTING, INC.
   and BARBARA GALYEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PACIFIC STOCK, INC., a Hawaii Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGE THE GAP CONSULTING, INC., a California Corporation, BARBARA GALYEN, an individual, and DOES 1-10,<br><br>Defendants. | Case No.: 5:2015-cv-04055-PSG<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANTS BRIDGE THE GAP CONSULTING, INC. AND BARBARA GALYEN; [PROPOSED] ORDER** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Kathleen M. Lucas and The Lucas Law Firm, counsel for Defendants Bridge the Gap Consulting, Inc. and Barbara Galyen ("Defendants"), hereby move the Court pursuant to Northern District of California Local Rule ("L.R.") 11-5 for an order permitting them to withdraw as counsel of record for Defendants.

As grounds for this Motion:

1. Barbara Galyen, on behalf of herself and, as the sole owner and agent for service of process, on behalf of Bridge the Gap Consulting, Inc., has instructed Ms. Lucas and The Lucas Law Firm, in writing, to immediately withdraw as counsel in this matter. The reasons for this decision are covered by the attorney-client privilege. She has, however, authorized that the Court be advised that she intends to retain other counsel in this matter.

2. Kathleen M. Lucas and The Lucas Law Firm became counsel for Defendants on September 24, 2015, just three (3) weeks ago and there is no prejudice to any party.

3. Please take notice that all further communications to Defendants should be sent to:

> BARBARA GALYEN
> ADDRESS: P.O. Box 950, Larkspur, California 94977
> PHONE: 415 717 8820
> EMAIL: bgalyen@yahoo.com

4. The withdrawal of Kathleen M. Lucas and The Lucas Law Firm as counsel for Defendants in this case will not cause substantial prejudice or delay to any party.

WHEREFORE, the Court should grant this Motion for Withdrawal of Counsel.

Dated: October 19, 2015                    THE LUCAS LAW FIRM

By: ___/S/ Kathleen M. Lucas_____
    Kathleen M. Lucas
    Withdrawing Attorney for Defendants
    BRIDGE THE GAP CONSULTING, INC. and
    BARBARA GALYEN

# [PROPOSED] ORDER

Kathleen M. Lucas and The Lucas Law Firm moved this Court for an Order allowing them to withdraw as counsel for Defendants in the above captioned litigation pursuant to Northern District of California Local Rule 11-5(a). As this Court finds that Ms. Lucas and The Lucas Law Firm have submitted satisfactory reasoning for withdrawal, and the granting of this Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that this Motion to Withdraw as Counsel for Defendants by Kathleen M. Lucas and The Lucas Law Firm is GRANTED.

Dated: _____      By: _____
                                                          Hon. Paul Singh Grewal
                                                        United States Magistrate Judge